1  LAW OFFICES OF CHRIS COSCA
   Chris Cosca    SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   JUAN MANUEL HERNANDEZ CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 2;08-CR-0438 EJG |
| )   Plaintiff,                       ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE AS TO JUAN CRUZ** |
| vs.                                  ) | |
| JUAN MANUEL HERNANDEZ CRUZ,          ) | **Date: September 10, 2010** |
| )                                    ) | **Time: 10:00 a.m.** |
| )   Defendant.                       ) | **Judge: Hon. Edward J. Garcia** |

### **Stipulation**

The parties, through their undersigned counsel, stipulate that the judgment and sentence hearing currently scheduled for September 10, 2010, may be continued to October 8, 2010 at 10:00 a.m. Defense counsel did not receive notice that the Presentence Investigation Report was complete until after the time to file informal objections had passed. Defense counsel would like to file informal objections. Therefore, the parties agree to this continuance so the United States Probation Officer may have adequate time to consider the informal objections and potential modifications to the Presentence Report.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

///

///

///

///

USA v. Cruz- Stip. to Continue J&S           1

| | | | |
|---|---|---|---|
| DATED: August 26, 2010 | | by: | /s/ Chris Cosca_____ <br> CHRIS COSCA <br> Attorney for Defendant <br> JUAN MANUEL HERNANDEZ CRUZ |
| | | | |
| DATED: August 26, 2010 | | by: | /s/ Chris Cosca for_____ <br> HEIKO COPPOLA <br> Assistant U.S. Attorney |

## **Order**

Good cause appearing,

The judgment and sentence hearing currently scheduled for September 10, 2010, is continued to October 8, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED:       August 26, 2010                __/s/_____
                                            EDWARD J. GARCIA
                                            United States District Judge

USA v. Cruz- Stip. to Continue J&S            2