1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:08-CR-0438 EJG
              Plaintiff,             )
                                     )
v.                                   )
                                     )   **ORDER AS TO DISPOSAL OF**
                                     )   **FIREARMS SEIZED**
JUAN HERNANDEZ CRUZ,                 )
                                     )
              Defendant.             )

### O R D E R

Pursuant to the express terms of the plea agreement, the defendant has abandoned all right, title and interest in the following firearms and ammunition seized:

1. Model SLR-95, Bulgarian 7.62x39mm assault rifle, unknown serial number and 30 rounds of ammunition;

2. Olympic Arms .223 caliber rifle, serial number SM1168 and 30 rounds of ammunition;

3. Raven Arms .25 caliber semi-automatic pistol, serial number 782625, with two magazines and 11 rounds of ammunition;

4. Taurus 9mm semi-automatic pistol, serial number TJD33497, with two magazines and any 9mm ammunition seized.

1     It is hereby ORDERED, THAT, the U.S. Forest Service may
2 dispose of the aforementioned firearms and ammunition in
3 accordance with their standard evidence destruction policies and
4 procedures.

5

6 DATED: October 8, 2010

7                                      EDWARD J. GARCIA
8                                      Senior U.S. District Judge